# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

GUSTAVO RAMOS,

    Plaintiff,

v.

Clark County Detention Center, *et al.*,

    Defendants.

Case No. 2:19-cv-00124-RFB-VCF

**ORDER**

On January 22, 2019, Plaintiff filed a Motion for TRO/Injunction and a Motion for Appointment of Counsel. ECF Nos. 2, 3. Plaintiff seeks an order mandating immediate corneal surgery. In the Complaint, Plaintiff alleges that he had a complete cornea transplant scheduled for the third week of December in 2018 and that Defendants have interfered with and delayed this surgery. The Court requires Plaintiff's medical records to make a determination as to whether Plaintiff meets the standard for a temporary restraining order. Therefore,

**IT IS ORDERED** that the Clark County Detention Center shall file Plaintiff's medical records under seal by January 25, 2019. These records must include, at a minimum, Plaintiff's records diagnosing his eye ailments and the recommendation for eye surgery.

**IT IS FURTHER ORDERED** that Defendants' Response to the Motion for TRO/Injunction is due January 28, 2019. Defendants are instructed to address whether Plaintiff was scheduled for a cornea transplant in the third week of December 2018 and whether the surgery schedule was based on an immediate threat to Plaintiff's vision.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order to Clark County Detention Center by facsimile, electronic mail and expedited mail.

DATED: January 24, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**