**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GUSTAVO RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK NEVADA, *et al,*<br><br>Defendants. | Case No. 2:19-cv-00124-RFB-VCF<br><br>**ORDER TO PRODUCE GUSTAVO RAMOS, #1516662** |

TO: WARDEN, CLARK COUNTY DETENTION CENTER
LAS VEGAS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **GUSTAVO RAMOS, #1516662,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **GUSTAVO RAMOS, #1516662** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about February 20, 2019, at the hour of 3:00 PM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **GUSTAVO RAMOS, #1516662**, is released and discharged by the said Court; and that said

1 | **GUSTAVO RAMOS, #1516662,** shall thereafter be returned to the custody of
the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 11th day of February, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**