**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GUSTAVO RAMOS,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>        Defendant. | 2:19-cv-00124-RFB-VCF<br>**ORDER OF APPOINTMENT OF COUNSEL** |

This case was referred to the *Pro Bono* Program ("Program") adopted in General Order 2017-07 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Warren Ross Markowitz, Esq., is hereby appointed as counsel for Plaintiff Warren Ross Markowitz. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision.

Accordingly,

IT IS HEREBY ORDERED that Warren Ross Markowitz, Esq. is hereby appointed as *pro bono* counsel for Plaintiff pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

IT IS FURTHER ORDERED that Warren Ross Markowitz, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

IT IS FURTHER ORDERED that the Clerk of Court assigns a PROBONO case flag and add Warren Ross Markowitz, Esq. to the docket as counsel of record for Plaintiff.

IT IS FURTHER ORDERED that Warren Ross Markowitz, Esq. will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within fourteen (14) days after completion legal services, Warren Ross Markowitz, Esq. must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED this 9th day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE