ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
    Las Vegas Metropolitan Police
    Department and Sheriff Joseph Lombardo
    Lt. Michael Lusch

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| GUSTAVO RAMOS,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, (an operating agency of Clark County NV), NAPHCARE, INC. (a foreign corporation), UNKNOWN MEDICAL SERVICES PROVIDER (CORP ROE #1), WARDEN OF CCDC (JOHN DOE #1), in his individual and professional capacity, SHERIFF JOSEPH LOMBARDO, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in his individual and professional capacity, YOLANDA KING, in her individual and professional capacity, (Clark County Manager), JEFF WELLS, in his individual and professional capacity (Asst. Clark County Manager), LT. MICHAEL LUSCH, (Lusch or Lt. Lusch) in his individual and professional capacity as a supervisor at CCDC, DOES 1-X, ROES 1-X, et al.<br><br>    Defendants. | CASE NO. 2:19-cv-0124-RFB-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF JOSEPH LOMBARDO AND LT. MICHAEL LUSCH'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo and Lt. Michael Lusch ("Defendants"), by and through their attorney of record, Robert W. Freeman, Esq., of Lewis Brisbois Bisgaard &

4815-7348-8559.1

Smith LLP, and Plaintiff Gustavo Ramos, by and through his counsel of record, Warren Ross Markowitz., of The Markowitz Law Firm, that:

The due date for the Defendants' Response to Plaintiff's First Amended Civil Rights Complaint (ECF No. 20), be extended Thirteen (13) days, from December 30, 2019, to January 13, 2020.

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Complaint, Defendants need additional time to perform an investigation prior to filing a responsive pleading. This is Defendants' first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 20th day of December, 2019.   DATED this 20th day of December, 2019.

THE MARKOWITZ LAW FIRM   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Warren Ross Markowitz*   By: */s/ Robert W. Freeman*
    Warren Ross Markowitz       Robert W. Freeman, Esq.
    New York Bar No. 4613220       Nevada Bar No. 3062
    7260 W. Azure Drive       6385 S. Rainbow Blvd, Suite 600
    Suite 140-100       Las Vegas, Nevada 89118
    Las Vegas, Nevada 89130       Attorneys for the Defendants
    *Attorney for Plaintiff*       Las Vegas Metropolitan Police
    *Gustavo Ramos*       Department, Sheriff Joseph Lombard and
        Lt. Michael Lusch

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
12-26-2019
DATED: _____