CHAD C. COUCHOT, Bar No. 12946
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

TARA CLARK NEWBERRY
Nevada Bar No. 10696
CLARK NEWBERRY
810 S. Durango Drive, Suite 102
Las Vegas, Nevada 89145
(702) 608-4232
Email: tnewberry@cnlawlv.com

Attorneys for Defendant NAPHCARE, INC.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO RAMOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, (an operating agency of Clark County NV), NAPHCARE, INC. (a foreign corporation), UNKNOWN MEDICAL SERVICES PROVIDER (Corp Roe #1), WARDEN OF CCDC (John Doe #1), in its individual and professional capacity, SHERIFF JOSEPH LOMBARDO, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in his individual and professional capacity, YOLAND KING, in her individual and professional capacity, (Clark County Manager), JEFF WELLS, in his individual and professional capacity (Asst Clark County Manager), LT. MICHAEL LUSCH (Lusch or Lt. Lusch) in his individual or professional capacity as a supervisor at CCDC, DOES 1-X, ROES 1-X, et al.,<br><br>　　　　　Defendants. | No.　2:19-CV-00124-RFB-VCF<br><br>[PROPOSED] **STIPULATION TO EXTEND DISCOVERY DEADLINES (First Request)** |

This is the first stipulation to extend the time to complete discovery. In light of the current restrictions due to the COVID-19 pandemic, the parties have been unable to complete discovery in the time frame initially anticipated. For example,

the parties have been unable to complete plaintiff's deposition because effective March 7, 2020, the State of Nevada Department of Corrections has temporarily suspended visitation of all inmates, including attorney/legal visits. Accordingly, the parties hereby stipulate to extend all discovery deadlines six months.

The current discovery deadlines are as follows:

| | |
|---|---|
| Amend Pleadings: | June 16, 2020 |
| Initial Expert Disclosures: | June 17, 2020 |
| Rebuttal Expert Disclosures: | August 17, 2020 |
| Close of Discovery: | September 14, 2020 |
| Dispositive Motions: | October 14, 2020 |

The parties hereby propose the following new discovery deadlines:

| | |
|---|---|
| Amend Pleadings: | December 16, 2020 |
| Initial Expert Disclosures: | December 17, 2020 |
| Rebuttal Expert Disclosures: | February 17, 2021 |
| Close of Discovery: | March 14, 2021 |
| Dispositive Motions: | April 14, 2021 |

Dated:    May 14, 2020

SCHUERING ZIMMERMAN & DOYLE, LLP

By: /s/ Chad C. Couchot
CHAD C. COUCHOT
400 University Avenue
Sacramento, California 95825-6502
Attorneys for Defendants NAPHCARE, INC.

Dated:    May 14, 2020

THE MARKOWITZ LAW FIRM

By: /s/ Warren R. Markowitz
Warren R. Markowitz, Esq.
7260 W. Azure Drive, Suite 140-100
Las Vegas, NV 89130
Attorneys for Plaintiff GUSTAVO RAMOS

///

///

///

///

///

[PROPOSED] STIPULATION TO EXTEND DISCOVERY DEADLINES (First Request)    -2-

Dated: May 14, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert W. Freeman
ROBERT W. FREEMAN
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants CLARK COUNTY DETENTION CENTER, LVMPD, SHERIFF LOMBARDO & OFFICER LUSCH*

Dated: May 14, 2020

OLSON, CANNON, GORMLEY & STOBERSKI

By: /s/ Stephanie A. Barker
STEPHANIE A. BARKER, ESQ.
OLSON, CANNON, GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Defendants YOLANDA KING and JEFF WELLS*

## ORDER

Based on the foregoing, it is hereby ORDERED, ADJUDGED AND DECREED that the proposed discovery deadlines set forth above are hereby approved and adopted.

IT IS SO ORDERED.

DATED this 15th day of May, 2020.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate