Warren R. Markowitz (NVSBar # 15166C/ NYS 4613220)
The Markowitz Law Firm
7260 W. Azure Dr, Suite 140-100
Las Vegas NV 89130
Office: 702-749-5831 xt 100
Email: Warren@MarkowitzLawFirm.com
on behalf of Plaintiff Gustavo Ramos,
HDSP Inmate #91166

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Gustavo Ramos | |
|---|---|
| Plaintiff, | CASE #: 2:19-CV-00124-RFB-VCF |
| vs. | **JOINT STIPULATION TO WITHDRAW DEFENSE MOTION TO COMPEL** |
| Clark County Detention Center, et al. | |
| Defendant(s) | |

On September 2, 2020, Defense Counsel for Naphcare filed a Motion to Compel compliance with discovery requests submitted to Plaintiff Gustavo Ramos.

On September 15, 2020 Counsel for Plaintiff and Counsel for Defendant Naphcare discussed the underlying causes of the delay in responding to the discovery requests including the limitations placed on contact with the Plaintiff due to current government Covid-19 restrictions, the fact that the Plaintiff is not a native English speaker, the limits of the eye site of the Plaintiff, and the lack of support to respond to the requests within the confines of the holding institution,

and have jointly agreed to stipulate to withdraw the currently pending Defense Motion to Compel, Docket #54.

The parties have agreed to work diligently to provide even limited responses to the Discovery requests within the next sixty (60) days, and then to supplement as materials become available.

Therefore, the parties request that this court dismiss the pending Motion to Compel.

Jointly Submitted this Date September 15, 2020

| | |
|---|---|
| /s/ Warren R. Markowitz, Esq | /s/ Chad C Couchot |
| Warren R. Markowitz (NVSBar # 15166C/ NYS 4613220) | Chad Couchot |
| The Markowitz Law Firm | Schuering Zimmerman & Doyle, LLP |
| 7260 W. Azure Dr, Suite 140-100 | 400 University Avenue |
| Las Vegas NV 89130 | Sacramento, CA 95825 |
| Office: 702-749-5831 xt 100 | 916-567-0400 |
| Email: Warren@MarkowitzLawFirm.com | Fax: 916-568-0400 |
| on behalf of Plaintiff Gustavo Ramos, HDSP Inmate #91166 | Email: ccc@szs.com |
| | on behalf of Naphcare, Inc. |

# ORDER

Based on the foregoing, it is hereby ordered, adjudged, and decreed, that the pending Motion to Compel, Docket # 54 is withdrawn ~~and dismissed~~.

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE

DATED:  9-17-2020