Warren R. Markowitz (NVSBar # 15166C/ NYS 4613220)
The Markowitz Law Firm
7260 W. Azure Dr, Suite 140-100
Las Vegas NV 89130
Office: 702-749-5831 xt 100
Email: Warren@MarkowitzLawFirm.com
on behalf of Plaintiff Gustavo Ramos,
HDSP Inmate #91166

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **Gustavo Ramos** <br><br> Plaintiff, <br> vs. <br><br> **Clark County Detention Center, et al.** <br><br> Defendant(s) | CASE #: 2:19-CV-00124-RFB-VCF <br><br> **STIPULATION TO EXTEND DISCOVERY DEADLINES, AND FULFILLMENT. (Second Request)** |

This is the second stipulated request for an extension to complete discovery. On February 24, 2020 this court granted the initial stipulated discovery plan, on May 18, 2020 this court acknowledged a consented to a modification of the initial discovery plan due to the initial restrictions placed upon the people of the State of Nevada by the government due to the Covid-19 Pandemic. As of today the Covid-19 Pandemic continues.

With this continuation and the Plaintiff being currently incarcerated at the Nevada High Desert State Prison, and the elimination of visits (see exhibit 1, http://

doc.nv.gov/Inmates/Visiting/Home/ ), until further notice, completing discovery, interviews, depositions, and face-to-face contact being effectively eliminated, even telephone calls are limited in nature, opportunity and time, we are forced to request of this court, and for the benefit of justice, a second extension of time, and a modification of related due dates in order to properly manage the matter.

Therefore, the parties request that ninety (90) days be added to the amended discovery dates, and that currently pending matters be granted the additional time, in order for all sides to address their respective responsibilities.

The prospective discovery deadlines and associated dates are as follows:

| | |
|---|---|
| Amended Pleadings | March 6, 2021 |
| Initial Expert Disclosures | March 7, 2021 |
| Rebuttal Expert Disclosures | May 8, 2021 |
| Close of Discovery | June 12, 2021 |
| Dispositive Motions | July 13, 2021 |
| Joint Pretrial Order | August 13, 2021 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

Due to the current state of events, the parties also agree to a ninety (90) day extension to respond to any outstanding discovery obligations in order to work towards moving the matter forward.

Additionally, the parties agree to the withdrawal/dismissal of currently filed Motions to Compel.

Jointly Submitted this Date September 22, 2020

/s/ Warren R. Markowitz, Esq
Warren R. Markowitz (NVSBar # 15166C/ NYS 4613220)
The Markowitz Law Firm
7260 W. Azure Dr, Suite 140-100
Las Vegas NV 89130
Office: 702-749-5831 xt 100
Email: Warren@MarkowitzLawFirm.com
on behalf of Plaintiff Gustavo Ramos, HDSP Inmate #91166

/s/ *Robert W Freeman*
Robert W Freeman , Jr.
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
702-893-3383
Fax: 702-893-3789
Email: robert.freeman@lewisbrisbois.com
on behalf of LVMPD, Sheriff Joseph Lombardo, and Lt. Michael Lusch

/s/ Chad Couchot
Chad Couchot
Schuering Zimmerman & Doyle, LLP
400 University Avenue
Sacramento, CA 95825
916-567-0400
Fax: 916-568-0400
Email: ccc@szs.com
on behalf of Naphcare, Inc.

/s/ Stephanie A. Barker, Esq.
Stephanie A Barker
Olson Cannon Gormley & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129
702-384-4012
Fax: 702-383-0701
Email: sbarker@ocgas.com
on behalf of Yolanda King and Jeff Wells

//

//

//

**<<<<< THE REST OF THE PAGE LEFT INTENTIONALLY BLANK >>>>>**

**ORDER**

Based on the foregoing, it is hereby ordered, adjudged, and decreed, that the proposed discovery dates are approved and adopted.

IT IS SO ORDERED.

______________________________

UNITED STATES MAGISTRATE

JUDGE DATED: 10-2-2020

Case 2:19-cv-00124-RFB-VCF Document 57-1 Filed 10/02/20 Page 1 of 2

Skip

State of Nevada
# Department of Corrections

NV.gov Agencies Jobs

○ Search This Site ○ Search All Sites

ADA Assistance PRINT

HOME | INMATE INFO | VICTIMS' INFO | FACILITIES | MEETINGS | NEWS | PROGRAMS | ABOUT | CONTACT US | ARCHIVE

**Inmate Info**

- Inmate Search
- **Visiting Information**
- Education Services
- Family Services Division
- Inmate Banking Services
- Inmate Phone Information
- Re-Entry Program
- Records and Information
- Restoration of Civil Rights
- Sentence Estimates
- Inmate Incoming Messages Information

## VISITING INFORMATION

### Temporary Suspension of Visitation

**In the interest of public safety, effective March 7, 2020 and until further notice visitation at all institutions is temporarily suspended, including attorney / legal visits. This is a precautionary effort to protect inmates, staff, and their loved ones.**

**NDOC is providing eligible inmates two (2) free phone calls per week to mitigate the impacts of this temporary suspension and help inmates stay connected with families, friends, and legal professionals as these connections are essential to the support needed for an inmate to successfully re-enter the community upon release from NDOC.**

### Inmate Visiting Regulations

DO NOT SEND VISITING APPLICATIONS TO CENTRAL OFFICE - OMD. APPLICATIONS NEED TO BE SENT TO THE INSTITUTION THE INMATE IS CURRENTLY HOUSED. THANK YOU

- Administrative Regulation 719: Inmate Visitation
- Visitation Manual updated 8/28/2017
- Inmate Visiting Application (11-12)

### Facilities

- Carlin Conservation Camp (CCC)
- Casa Grande Transitional Housing (CGTH)
- Ely Conservation Camp (ECC)
- Ely State Prison (ESP)
- Florence McClure Women's Correctional Center (FMWCC)
- High Desert State Prison (HDSP)
- Humboldt Conservation Camp (HCC)
- Jean Conservation Camp (JCC)
- Lovelock Correctional Center (LCC)
- Northern Nevada Correctional Center (NNCC)
- Northern Nevada Restitution Center (NNRC)
- Pioche Conservation Camp (PCC)
- Southern Desert Correctional Center (SDCC)
- Stewart Conservation Camp (SCC)
- Three Lakes Valley Conservation Camp (TLVCC)
- Tonopah Conservation Camp (TCC)
- Warm Springs Correctional Center (WSCC)
- Wells Conservation Camp (WCC)

### Video Visitation

**Available for juvenile offenders at Lovelock Correctional Center (LCC) only.**

**Visitor stations available at Florence McClure Women's Correctional Center (FMWCC) in Las Vegas, NV.**

Video visitation registration:http://thevisitor.icsenforcer.com/index.php/jail-information/44-nvdoc

Video Visitation Visitor GuideEnglish

Video Visitation Visitor Guide Spanish

Request ADA document remediation for individuals using assistive technology devices

Select Language ▼



The Official State of Nevada Website | Copyright ©2019 State of Nevada - All Rights Reserved   Privacy Policy   ADA Technology Accessibility Guidelines   Web Style Standards   ADA Assistance   State ADA Website   Version 2.1.055