**SCHUERING ZIMMERMAN & DOYLE, LLP**
Chad C. Couchot, Esq. (SBN: 12946)
400 University Avenue
Sacramento, CA 95825
Tel: (916) 567-0400
Fax: (916) 568-0400

**CLARK NEWBERRY LAW FIRM**
Aimee Clark Newberry, Esq. (SBN: 11084)
aclarknewberry@cnlawlv.com
810 S. Durango Drive, Suite 102
Las Vegas, Nevada 89145
Tel: (702) 608-4232
Fax: (702) 346-1980
*Attorneys for NaphCare, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO RAMOS, | ) |
| Plaintiff, | ) CASE NO.: 2:19-cv-00124-RFB-VCF |
| vs. | ) |
| CLARK COUNTY DETENTION CENTER (an operating agency of Clark County NV); NAPHCARE, INC. (a foreign corporation); UNKNOWN MEDICAL SERVICES PROVIDER (Corp Roe #1); WARREN OF CCDC (John Doe #1) in its individual and professional capacity; SHERIFF JOSEPH LOMBARDO, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in his individual and professional capacity; YOLANDA KING, in her individual and professional capacity (Clark County Manager); JEFF WELLS, in his individual and professional capacity (Asst Clark County Manager); LT. MICHAEL LUSCH (Lusch or Lt. Lusch) in his individual and professional capacity as a supervisor at CCDC; DOES 1-X; ROES 1-X, et al, | ) **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| Defendants. | ) |

1

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Tara Clark Newberry, Esq. is no longer associated with Clark Newberry Law Firm and requests that Tara Clark Newberry be removed from the electronic service list.

Clark Newberry Law Firm continues to serve as counsel for Defendant, NaphCare, Inc. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should be directed to:

Aimee Clark Newberry, Nevada Bar No. 11084

Email: aclarknewberry@cnlawlv.com

DATED this 28th day of December 2020.

CLARK NEWBERRY LAW FIRM

 /s/ Aimee Clark Newberry
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
810 S. Durango Drive, Suite 102
Las Vegas, Nevada  89145
*Attorney for NaphCare, Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 12-28-2020

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means:

Warren R. Markowitz, Esq.   warren@warrenmarkowitzesq.com, usdc_nv_ecf@warrenmarkowitzesq.com

Robert W. Freeman, Jr., Esq.   robert.freeman@lewisbrisbois.com, keltic73@msn.com, kristen.freeman@lewisbrisbois.com

Stephanie A. Barker, Esq.   sbarker@ocgas.com, nlangenderfer@ocgas.com


         /s/ Kathleen Seckinger
Kathleen Seckinger, An Employee of
CLARK NEWBERRY LAW FIRM