ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
    Las Vegas Metropolitan Police
    Department and Sheriff Joseph Lombardo
    Lt. Michael Lusch

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| GUSTAVO RAMOS,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, (an operating agency of Clark County NV), NAPHCARE, INC. (a foreign corporation), UNKNOWN MEDICAL SERVICES PROVIDER (CORP ROE #1), WARDEN OF CCDC (JOHN DOE #1), in his individual and professional capacity, SHERIFF JOSEPH LOMBARDO, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in his individual and professional capacity, YOLANDA KING, in her individual and professional capacity, (Clark County Manager), JEFF WELLS, in his individual and professional capacity (Asst. Clark County Manager), LT. MICHAEL LUSCH, (Lusch or Lt. Lusch) in his individual and professional capacity as a supervisor at CCDC, DOES 1-X, ROES 1-X, et al.<br><br>    Defendants. | CASE NO. 2:19-cv-0124-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**FIRST REQUEST** |

…

…

…

4835-5454-7439.1

# STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case sixty-two (62) days, up to and including Monday, September 13, 2021.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel has been practicing social distancing and working remotely. Due to these unexpected and rapidly changing circumstances related to disruptions caused by COVID-19 related business closures, an extension of the dispositive motion deadline is necessary.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by sixty-two (62) days from the current deadline of July 13, 2021 up to and including September 13, 2021.

Dated this 22nd day of June, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman
Nevada Bar No. 3062
E. Matthew Freeman
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for the Defendants
Las Vegas Metropolitan Police Department,
Sheriff Joseph Lombard and Lt. Michael Lusch

Dated this 22nd day of June, 2021.

THE MARKOWITZ LAW FIRM

/s/ Warren Ross Markowitz
Warren Ross Markowitz
Nevada Bar No. 15166
7260 W. Azure Drive
Suite 140-100
Las Vegas, Nevada 89130
*Attorney for Plaintiff
Gustavo Ramos*

…

…

…

…

…

…

| | |
|---|---|
| Dated this 22nd day of June, 2021. | Dated this 22nd day of June, 2021. |
| OLSON, CANNON, GORMLEY & STOBERSKI | SCHUERING ZIMMERMAN & DOYLE, LLP |
| /s/ *Stephanie A. Barker* | /s/ *Chad C. Couchot* |
| Stephanie A. Barker<br>Nevada Bar No. 003176<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>*Attorneys for Defendants*<br>*Yolanda King and Jeff Wells* | Chad C. Couchot<br>Bar No. 12946<br>400 University Avenue<br>Sacramento, California 95825-6502<br><br>Aimee Clark Newberry<br>Nevada Bar No. 10696<br>CLARK NEWBERRY<br>810 S. Durango Drive, Suite 102<br>Las Vegas, Nevada 89145<br><br>Attorneys for Defendant<br>NAPHCARE, INC. |

**ORDER**

IT IS SO ORDERED.

Dated this 23rd day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

The Joint Pretrial Order must be filed on or before October 13, 2021.
If dispositive motions are filed, the deadline
for filing the joint pretrial order will be suspended until 30 days after
decision on the dispositive motions or further court order.