UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUSTAVO RAMOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00124-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE / TELECONFERENCE GUSTAVO RAMOS, #91166** |

TO:　　CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

　　**THE COURT HEREBY FINDS** that **GUSTAVO RAMOS, #91166**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

　　**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **GUSTAVO RAMOS, #91166,** that on or about March 16, 2022, at the hour of 9:30 AM, for a **videoconference** hearing by zoomgov technology, plaintiff by teleconference in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **GUSTAVO RAMOS, #91166,** is released and discharged by the said Court; and that **GUSTAVO RAMOS, #91166** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

　　**DATED** this 2nd day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**